W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

Luke A. Connelly, Esq.
(Admitted pro hac vice)
Peter Fishkind, Esq.
(Admitted pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Email: lconnelly@winston.com
Email: pfishkind@winston.com

Ya-Chiao Chang, Esq.
(Admitted pro hac vice)
WINSTON & STRAWN LLP
Yuanda China Law Offices
Jin Mao Building, 28th Floor
88 Century Boulevard
Shanghai 200121
China
Telephone: +86-21-2208-2628
Email: ychang@winston.com

*Attorneys for Plaintiffs/Counterdefendants*
*AbleView Enterprise Limited and*
*AbleView Brands Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ABLEVIEW ENTERPRISE LIMITED and ABLEVIEW BRANDS LIMITED,<br><br>             *Plaintiffs*,<br><br>   v.<br><br>JONATHAN PETRILLO and COSMETIC SKIN SOLUTIONS LLC,<br><br>             *Defendants*. | Case No. 3:24-cv-00409-ART-CSD<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND COUNTERCLAIM**<br><br>**(FIRST REQUEST)** |

1

4892-9741-7203, v. 1

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Ableview Enterprise Limited and Ableview Brands Limited (together, "Plaintiffs") and Defendants Jonathan Petrillo and Cosmetic Skin Solutions, LLC (together, "Defendants") agree and stipulate to extend the time for Defendants to file an Amended Counterclaim, which would be due on October 25, 2024 unless such time is extended by the Court, as follows:

1. The Complaint in this action was filed on September 12, 2024 (ECF No. 1) and Defendants were served with the Summons and Complaint on September 13, 2024 (ECF Nos. 8, 16).

2. On October 4, 2024, Defendants filed and served Defendants' Answer to Complaint and Counterclaim (ECF No. 17). Defendants' Counterclaim asserts five causes of action based upon alleged breaches of two contracts. A party must serve its response to a counterclaim within 21 days after being served with the counterclaim. Fed. R. Civ. P. 12(a)(1)(B). Thus, the current deadline for Plaintiffs to file and serve their answer or other response to the Counterclaim is Friday, October 25, 2024. Simultaneously, a party may amend its pleading once as a matter of course within 21 days after serving it. Fed. R. Civ. P. 15(a)(1)(A). Friday, October 25, 2024, is therefore also the deadline for Defendants to amend their counterclaim as a matter of course.

3. On October 24, 2024, the parties' counsel conducted a meet-and-confer videoconference as required by the Court's October 7, 2024, Order Setting Video Case Management Conference (ECF No. 20).

4. During the parties' October 24, 2024, meet-and-confer, Plaintiffs' counsel disclosed Plaintiffs' intention to file, on October 25, 2024, a motion to dismiss certain causes of action alleged in the Counterclaim. After discussion, the parties' counsel agreed that a motion to dismiss may be avoided by allowing Defendants time to amend the Counterclaim and by allowing Plaintiffs time to respond to the amended Counterclaim. The parties' counsel further agreed that the possibility of avoiding the filing of a motion to dismiss constitutes good cause for allowing Defendants to file and serve an amended counterclaim and for allowing Plaintiffs time to respond to Defendants' amended counterclaim.

4892-9741-7203, v. 1

5. Accordingly, the parties agreed that: (a) Defendants will have 14 days from October 25, 2024, (*i.e.*, until November 8, 2024) to file and serve a first amended counterclaim; and (2) Plaintiffs will have 14 days from November 8, 2024 (*i.e.*, until November 22, 2024) to file and serve an answer or other response to Defendants' first amended counterclaim.

6. This is the parties' first request to extend the deadline for Defendant to amend its counterclaim and potentially avoid the necessity of a motion to dismiss under Rule 12 by Plaintiffs (whose motion to dismiss would otherwise be due at this same time). The parties make this stipulation in good faith, to promote the just, speedy, and inexpensive determination of this action, and not for purposes of undue delay.

**IT IS SO AGREED AND STIPULATED:**

WINSTON & STRAWN LLP

By: /s/ Luke A. Connelly
Luke A. Connelly, Esq.
(Admitted pro hac vice)
Peter Fishkind, Esq.
(Admitted pro hac vice)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Email: lconnelly@winston.com
Email: pfishkind@winston.com

Ya-Chiao Chang, Esq.
(Admitted pro hac vice)
WINSTON & STRAWN LLP
Yuanda China Law Offices
Jin Mao Building, 28th Floor
88 Century Boulevard
Shanghai 200121
China
Telephone: +86-21-2208-2628
Email: ychang@winston.com

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com

HOLLAND & HART LLP

By: /s/ J. Malcolm DeVoy
Robert H. Cassity, Esq.
Nevada Bar No. 9779
J. Malcolm DeVoy, Esq.
Nevada Bar No. 11950
Erica C. Medley, Esq.
Nevada Bar No. 13959
Caitlin J. McMasters, Esq.
Nevada Bar No. 16585
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: (702) 669-4600
Email: bcassity@hollandandhart.com
Email: jmdevoy@hollandandhart.com
Email: ecmedley@hollandandhart.com
Email: cjmcmasters@hollandandhart.com

*Attorneys for Defendants/Counterclaimants Jonathan Petrillo and Cosmetic Skin Solutions, LLC*

4892-9741-7203, v. 1

Email: jwf@h2law.com

*Attorneys for Plaintiffs/Counterdefendants*
*AbleView Enterprise Limited and*
*AbleView Brands Limited*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  October 29, 2024

4892-9741-7203, v. 1