W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

Luke A. Connelly, Esq.
(Admitted pro hac vice)
Peter Fishkind, Esq.
(Admitted pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Email: lconnelly@winston.com
Email: pfishkind@winston.com

Ya-Chiao Chang, Esq.
(Admitted pro hac vice)
WINSTON & STRAWN LLP
Jin Mao Building, 28th Floor
88 Century Boulevard
Shanghai 200121
China
Telephone: +86-21-2208-2628
Email: ychang@winston.com

*Attorneys for Plaintiffs/Counterdefendants*
*AbleView Enterprise Limited and*
*AbleView Brands Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ABLEVIEW ENTERPRISE LIMITED and ABLEVIEW BRANDS LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONATHAN PETRILLO and COSMETIC SKIN SOLUTIONS LLC,<br><br>*Defendants*. | Case No. 3:24-cv-00409-ART-CSD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO AMENDED COUNTERCLAIM**<br><br>**(FIRST REQUEST)** |

1

4865-6376-0381, v. 1

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiffs Ableview Enterprise Limited and Ableview Brands Limited (together, "Plaintiffs") and Defendants Jonathan Petrillo and Cosmetic Skin Solutions, LLC (together, "Defendants") hereby agree and stipulate to extend the time for Plaintiffs to file and serve their response to Defendants' Amended Counterclaim, filed on November 8, 2024 (ECF No. 27), the response to which is currently due on Friday, November 22, 2024, unless such time is extended by the Court, as follows:

1. The Complaint in this action was filed on September 12, 2024 (ECF No. 1) and Defendants were served with the Summons and Complaint on September 13, 2024 (ECF Nos. 8, 16).

2. On October 4, 2024, Defendants filed and served Defendants' Answer to Complaint and Counterclaim (ECF No. 17).

3. On October 29, 2024, the Court entered an order approving the parties' stipulation to extend the time for Defendants to file an amended counterclaim from October 25, 2024, to November 8, 2024. (ECF No. 22.)

4. On November 8, 2024, Defendants filed their amended counterclaim. (ECF No. 27.) The amended counterclaim alleges the same causes of action initially alleged, but also alleges three new causes of action for: (a) breach of contract (Fifth Cause of Action); (b) breach of the implied covenant of good faith and fair dealing (Sixth Cause of Action); and (c) fraudulent misrepresentation (Eighth Cause of Action). (*See id*. at pp. 19-21; at pp. 22-27.)

5. In light of the additional investigation and other work required to address Defendants' new counterclaims, and to accommodate the Thanksgiving holiday and the vacation schedules of counsel, Plaintiffs' counsel has requested, and Defendants' counsel has agreed to extend the deadline for Defendants to file and serve their response to Plaintiffs' amended counterclaim, from November 22, 2024, to December 2, 2024.

6. This is the parties' first request to extend the deadline for Plaintiffs to file and serve their response to Defendants' amended counterclaim. The parties make this stipulation in good faith, to promote the just, speedy, and inexpensive determination of this action, and not for

4865-6376-0381, v. 1

purposes of undue delay.

**IT IS SO AGREED AND STIPULATED:**

| WINSTON & STRAWN LLP | HOLLAND & HART LLP |
|---|---|
| By: /s/ Luke A. Connelly | By: /s/ J. Malcolm DeVoy |
| Luke A. Connelly, Esq. | Robert H. Cassity, Esq. |
| (Admitted pro hac vice) | Nevada Bar No. 9779 |
| Peter Fishkind, Esq. | J. Malcolm DeVoy, Esq. |
| (Admitted pro hac vice) | Nevada Bar No. 11950 |
| 200 Park Avenue | Erica C. Medley, Esq. |
| New York, NY 10166-4193 | Nevada Bar No. 13959 |
| Telephone: (212) 294-6700 | Caitlin J. McMasters, Esq. |
| Email: lconnelly@winston.com | Nevada Bar No. 16585 |
| Email: pfishkind@winston.com | 9555 Hillwood Drive, 2nd Floor |
|  | Las Vegas, NV 89134 |
| Ya-Chiao Chang, Esq. | Telephone: (702) 669-4600 |
| (Admitted pro hac vice) | Email: bcassity@hollandhart.com |
| WINSTON & STRAWN LLP | Email: jmdevoy@hollandhart.com |
| Jin Mao Building, 28th Floor | Email: ecmedley@hollandhart.com |
| 88 Century Boulevard | Email: cjmcmasters@hollandhart.com |
| Shanghai 200121 |  |
| China | *Attorneys for Defendants/Counterclaimants* |
| Telephone: +86-21-2208-2628 | *Jonathan Petrillo and* |
| Email: ychang@winston.com | *Cosmetic Skin Solutions, LLC* |

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

*Attorneys for Plaintiffs/Counterdefendants*
*AbleView Enterprise Limited and*
*AbleView Brands Limited*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 21, 2024

4865-6376-0381, v. 1