# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

ABLEVIEW ENTERPRISE LIMITED and ABLEVIEW BRANDS LIMITED,

  Plaintiff(s),

vs.

JONATHAN PETRILLO and COSMETIC SKIN SOLUTIONS LLC,

  Defendant(s).

Case No. 3:24-cv-00409-ART-CSD

## SUBSTITUTION OF ATTORNEY

__ABLEVIEW BRANDS LIMITED__ (Plaintiff) (~~Defendant~~) hereby substitutes
(Name of Party)

__John S. Worden of the law firm VENABLE LLP__
(New Attorney)

(Address): 101 California Street, Suite 3800, San Francisco, CA 94111

(Telephone): 415.653.3750 _____, as attorney of record in place and

stead of: __WINSTON & STRAWN LLP__
(Present Attorney)

DATED: March 28, 2025

(Signature of Party)

I consent to the above substitution.

DATED: ~~March 28,~~ 2025
       April 1,

*Peter Fishbind*
(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: April 1, 2025

_____
(Signature of New Attorney)

Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: April 2, 2025

CSD

UNITED STATES MAGISTRATE JUDGE