# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

ABLEVIEW ENTERPRISE LIMITED and
ABLEVIEW BRANDS LIMITED,

        Plaintiff(s),

vs.

JONATHAN PETRILLO and COSMETIC
SKIN SOLUTIONS LLC,

        Defendant(s).

Case No. 3:24-cv-00409-ART-CSD

## SUBSTITUTION OF ATTORNEY

ABLEVIEW ENTERPRISE LIMITED (Plaintiff) (~~Defendant~~) hereby substitutes
(Name of Party)

John S. Worden of the law firm VENABLE LLP
(New Attorney)

(Address): 101 California Street, Suite 3800, San Francisco, CA 94111

(Telephone): 415.653 3750 , as attorney of record in place and

stead of: WINSTON & STRAWN LLP
(Present Attorney)

DATED: March 28, 2025

(Signature of Party)

I consent to the above substitution.

DATED: ~~March 28,~~ 2025
      April 1,

(Signature of Present Attorney)

. . .
. . .
. . .

1

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: April 1, 2025

_____
(Signature of New Attorney)

Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: April 2, 2025

_____
UNITED STATES MAGISTRATE JUDGE