UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABLEVIEW ENTERPRISE LIMITED and ABLEVIEW BRANDS LIMITED, <br><br> Plaintiffs <br><br> v. <br><br> JONATHAN PETRILLO and COSMETIC SKIN SOLUTIONS, LLC, <br><br> Defendants | Case No.: 3:24-cv-00409-ART-CSD <br><br> **Order** <br><br> Re: ECF Nos. 53, 53-1 |

Plaintiffs filed a motion for leave to amend and proposed first amended complaint. (ECF Nos. 53, 53-1.) The parties subsequently stipulated to permit Plaintiffs to file the FAC. (ECF No. 56.) The court has approved the stipulation; therefore, the motion for leave to amend (ECF No. 53) is **DENIED** as moot. The Clerk shall **FILE** the FAC (ECF No. 53-1), which is now the operative complaint. Defendants have up to and including **September 17, 2025,** to answer or otherwise respond to the FAC.

**IT IS SO ORDERED**.

Dated: August 27, 2025

Craig S. Denney
United States Magistrate Judge