JOHN S. WORDEN (Nevada Bar No. 7563)
SARAH E. DIAMOND (CA SBN 252624)
*(Admitted Pro Hac Vice)*
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:   (415) 653-3755

MESSNER REEVES LLP
KARIE WILSON (Nevada Bar No. 7957)
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101

*Attorneys for Plaintiffs and Counterclaim Defendants Ableview Enterprises Limited and Ableview Brands Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABLEVIEW ENTERPRISE LIMITED and ABLEVIEW BRANDS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN PETRILLO and COSMETIC SKIN SOLUTIONS LLC,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | Case No. 3:24-cv-00409-ART-CSD<br>District Judge: Hon. Anne R. Traum<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIMANTS' SECOND AMENDED COUNTERCLAIM**<br><br>(FIRST REQUEST) |

Plaintiffs/Counterclaim-Defendants Ableview Enterprise Limited and Ableview Brands Limited (together, "Ableview") and Defendants/Counterclaimants Jonathan Petrillo and Cosmetic Skin Solutions, LLC (together, "Counterclaimants" and together with Ableview the "Parties") by and through their undersigned counsel of record, hereby submit this Stipulation:

1. Counterclaimants filed their Second Amended Counterclaim ("Counterclaim") on September 22, 2025;
2. The present deadline for Ableview to answer or otherwise respond to the Counterclaim is October 6, 2025; and
3. The Parties agree to extend Ableview's time to answer or otherwise respond to the Counterclaim by fourteen (14) days, to (and inclusive of) October 20, 2025.

The Parties make this stipulation in good faith, to promote the just, speedy, and inexpensive determination of and not for purposes of undue delay. This is the Parties' first and anticipated only request to enlarge this deadline.

**IT IS SO AGREED AND STIPULATED.**

DATED: October 3, 2025

| | |
|---|---|
| **VENABLE LLP** | **HOLLAND & HART LLP** |
| By: /s/ *Sarah E. Diamond* | By: /s/ *J. Malcom Devoy* |
| John S. Worden (Nevada Bar No. 7563) | (*Signed with permission of J. Malcolm DeVoy*) |
| Sarah E. Diamond (CA SBN 252624) | Robert H. Cassity |
| *(Admitted Pro Hac Vice)* | (Nevada Bar No. 9779) |
| 101 California Street, Suite 3800 | J. Malcolm DeVoy |
| San Francisco, CA 94117 | (Nevada Bar No. 11950) |
| Email:   sediamond@venable.com | 9555 Hillwood Drive, 2nd Floor |
| Email:   jsworden@venable.com | Las Vegas, NV 89134 |
| | Email: bcassity@hollandhart.com |
| **MESSNER REEVES LLP** | Email: jmdevoy@hollandhart.com |
| Karie Wilson (Nevada Bar No. 7957) | |
| 8945 W. Russell Road, Suite 300 | *Attorneys for Defendants/Counterclaimants Jonathan Petrillo and Cosmetic Skin Solutions, LLC* |
| Las Vegas, NV 89148 | |
| Telephone: (702) 363-5100 | |
| Email:   kwilson@messner.com | |

*Attorneys for Plaintiffs and Counterclaim Defendants Ableview Enterprises Limited and Ableview Brands Limited*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2025