# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ABLEVIEW ENTERPRISE LIMITED and ABLEBIEW BRANDS LIMITED,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>JONATHAN PETRILLO and COSMETIC SKIN SOLUTIONS, LLC,<br><br>　　　　　　　Defendants. | 3:24-cv-00409-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 75 |

Before the court is Plaintiffs' Motion Regarding Discovery Dispute. (ECF No. 75.)

Pursuant to the Court's Civil Standing Order (ECF No. 19), Defendants shall file a response on or before close of business on **Monday, December 8, 2025.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  December 5, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge