1  John D. Tennert, III (SBN 11728)
   **FENNEMORE CRAIG, P.C.**
2  7800 Rancharrah Parkway
   Reno, NV 89511
3  Tel: (775) 788-2200 / Fax: (775) 788-2236
4  jtennert@fennemorelaw.com

5  Faisal Zubairi, Esq. (*PHV Application Forthcoming*)
   Jill Gutierrez, Esq. (*PHV Application Forthcoming*)
6  **DORSEY & WHITNEY LLP**
7  Tel: (714) 800-1461 / Fax: (714) 464-5353
   zubairi.faisal@dorsey.com
8  gutierrez.jill@dorsey.com

9  *Attorneys for Jonathan Petrillo and*
   *Cosmetic Skin Solutions LLC*
10

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ABLEVIEW ENTERPRISE LIMITED and ABLEVIEW BRANDS LIMITED:<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN PETRILLO and COSMETIC SKIN SOLUTIONS LLC,<br><br>Defendants. | CASE NO.: 3:24-CV-00409-ART-CSD<br><br>ORDER GRANTING <u>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS**</u> |
|---|---|

Defendants Jonathan Petrillo and Cosmetic Skin Solutions LLC ("Defendants") do hereby consent to substitution of John D. Tennert III, Esq., of the law firm of Fennemore Craig, P.C. as its designated attorney of record in the place and stead of Robert J. Cassity, J. Malcolm DeVoy, Erica C. Medley, and Caitlan J. Bohn (*nee* McMasters) of Holland & Hart LLP.

### PARTY CONSENT

The undersigned hereby consents to the substitution of John D. Tennert III, Esq. of the law firm of Fennemore Craig, P.C. in the place and stead of Robert J. Cassity, J. Malcolm DeVoy, Erica C. Medley, and Caitlan J. Bohn of Holland & Hart LLP. Pursuant to the Federal Rules of

1

1  Practice for this Court, Defendants believe it to be in their best interests to designate John D.
2  Tennert III, Esq. of the law firm of Fennemore Craig, P.C., a member of the State Bar of Nevada
3  admitted to practice before the above-entitled Court and whose address is: 7800 Rancharrah
4  Parkway, Reno, Nevada 89511 and whose telephone number is: (775) 788-2200 and whose email
5  is jtennert@fennemorelaw.com as its attorney of record in this case.

6  DATED: December 10, 2025.

7  By: Jonathan Petrillo

8
9  DATED: December 10, 2025.    **Cosmetic Skin Solutions LLC**

10  Cosmetic Skin Solutions
    By: Jonathan Petrillo
11  Its: President

12  **CONSENT OF CURRENT COUNSEL**

13  Robert J. Cassity, J. Malcolm DeVoy, Erica C. Medley, and Caitlan J. Bohn of Holland &
14  Hart LLP consent to the substitution of John D. Tennert III, Esq. and the law firm of Fennemore
15  Craig, P.C. in their place and stead as counsel of record for Defendants.

16  DATED: December 10, 2025.    **HOLLAND & HART LLP**

17                                By:
                                    Robert J. Cassity
18                                  J. Malcolm DeVoy
                                    Erica C. Medley
19                                  Caitlan J. Bohn
20                                  **HOLLAND & HART LLP**
                                    *Prior Attorneys for Defendants*
21  //
22  //
23  //
24
25
26
27
28

## CONSENT OF SUBSTITUTING COUNSEL

The undersigned consents to substitution in the place and stead of Robert J. Cassity, J. Malcolm DeVoy, Erica C. Medley, and Caitlan J. Bohn of Holland & Hart LLP as counsel of record for Defendants.

DATED: December 10, 2025.

FENNEMORE CRAIG, P.C.

By: _____
John D. Tennert III, Esq. (SBN 11728)
7800 Rancharrah Parkway
Reno, NV 89511
Email: jtennert@fennemorelaw.com
*New Attorney for Defendants*

IT IS SO ORDERED.

Dated: December 11, 2025

_____
Craig S. Denney
United States Magistrate Judge