UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABLEVIEW ENTERPRISE LIMITED, et al.,<br><br>Plaintiffs<br><br>v.<br><br>JOHNATHAN PETRILLO, et al.<br><br>Defendants<br><br>And related counterclaims. | Case No.: 3:24-cv-00409-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 80 |

On December 11, 2025, the court entered an order approving the substitution of John D. Tennert III, Esq. in the place and stead of Robert J. Cassity, J. Malcolm DeVoy, Erica C. Medley, and Caitlan J. Bohn as counsel record for Defendants/Counterclaimants. (ECF Nos. 82, 83.) Accordingly, the motion to withdraw previously filed by attorneys Cassity, DeVoy, Medley and Bohn (ECF No. 80) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: December 11, 2025

_____
Craig S. Denney
United States Magistrate Judge