# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ABLEVIEW ENTERPRISE LIMITED
and ABLEBIEW BRANDS LIMITED,

Plaintiffs,

v.

JONATHAN PETRILLO and
COSMETIC SKIN SOLUTIONS, LLC,

Defendants.

3:24-cv-00409-ART-CSD

**ORDER**

Re:  ECF No. 93

Before the court is Defendants' Motion Regarding Discovery Dispute. (ECF No. 93.)

Pursuant to the Court's Civil Standing Order (ECF No. 19), Plaintiffs shall file a response on or before close of business on **Monday, February 9, 2026.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  February 5, 2026.

Craig S. Denney
United States Magistrate Judge