JOHN S. WORDEN (Nevada Bar No. 7563)
Zoe E. Gallagher (CA SBN 355362) *(Admitted Pro Hac Vice)*
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    (415) 653-3750
Facsimile:    (415) 653-3755

MESSNER REEVES LLP
KARIE WILSON (Nevada Bar No. 7957)
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101

*Attorneys for Plaintiffs and Counter-*
*Defendants Ableview Enterprise Limited*
*and Ableview Brands Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABLEVIEW ENTERPRISE LIMITED and ABLEVIEW BRANDS LIMITED,<br><br>                  Plaintiffs,<br><br>            v.<br><br> JONATHAN PETRILLO and COSMETIC SKIN SOLUTIONS LLC,<br><br>                  Defendants.<br><br>_____<br><br>AND RELATED ACTIONS. | Case No. 3:24-cv-00409-ART-CSD<br>District Judge: Hon. Anne R. Traum<br><br>ORDER GRANTING<br>**MOTION TO WITHDRAW JOO CHA WEBB AS COUNSEL OF RECORD** |

**VENABLE LLP**
101 CALIFORNIA STREET
SUITE 3800
SAN FRANCISCO, CA 94111
(415) 653-3750 (TELEPHONE)
(415) 653-3755 (FACSIMILE)

-1-
MOTION TO WITHDRAW JOO CHA WEBB AS COUNSEL OF RECORD
Case No. 3:24-cv-00409-ART-CSD

Pursuant to LR IA 11-6(b) and Nevada Rule of Professional Conduct 1.16(a)(3), Joo Cha Webb of the law firm Venable LLP hereby requests leave from the Court to withdraw as counsel of record for Plaintiffs and Counter-Defendants Ableview Enterprise Limited and Ableview Brands Limited LLC in this matter because Attorney Webb is no longer with Venable LLP. John Worden of Venable LLP will remain counsel of record for Plaintiffs and Counter-Defendants Ableview Enterprise Limited and Ableview Brands Limited.

Nevada Rule of Professional Conduct 1.16(b)(1) states that "a lawyer may withdraw from representing a client if: Withdrawal can be accomplished without material adverse effect on the interests of the client." Accordingly, Attorney Webb respectfully requests an order granting withdrawal as counsel of record.

Ableview Enterprise Limited and Ableview Brands Limited will not be prejudiced by Attorney Webb's withdrawal. John Worden and Zoe E. Gallagher of VENABLE LLP will remain as counsel of record for Ableview Enterprise Limited and Ableview Brands Limited. Accordingly, Attorney Webb's withdrawal will not result in delay of discovery, the trial, or any hearing in the case. LR IA 11-6(e).

VENABLE LLP served a copy of this motion via the CM/ECF system and accordingly electronically served to the parties of record.

For these reasons, Attorney Webb requests that the Court will grant her leave to withdraw as counsel to Ableview Enterprise Limited and Ableview Brands Limited.

Dated:  April 8, 2026

VENABLE LLP
JOHN S. WORDEN

*/s/ John S. Worden*

By:  101 California Street, Suite 3800
San Francisco, CA 94111

MESSNER REEVES LLP
KARIE WILSON (Nevada Bar No. 7957)
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148

*Attorneys for Plaintiffs and Counter-Defendants Ableview Enterprise Limited and Ableview Brands Limited*

IT IS SO ORDERED.

DATED:  April 8, 2026.



Craig S. Denney
United States Magistrate Judge