VENABLE LLP
John S. Worden (Nevada Bar No. 7563)
Zoe E. Gallagher (Admitted *Pro Hac Vice*)
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    (415) 653-3750
Facsimile:     (415) 653-3755

MESSNER REEVES LLP
Karie Wilson (Nevada Bar No. 7957)
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:    (702) 363-5100
Facsimile:     (702) 363-5101

*Attorneys for Plaintiffs and Counter-Defendants Ableview Enterprise Limited and Ableview Brands Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABLEVIEW ENTERPRISE LIMITED and ABLEVIEW BRANDS LIMITED,<br><br>        Plaintiffs,<br><br>    v.<br><br>JONATHAN PETRILLO and COSMETIC SKIN SOLUTIONS LLC,<br><br>        Defendants.<br><br>AND RELATED ACTIONS. | Case No. 3:24-cv-00409-ART-CSD<br>District Judge: Hon. Anne R. Traum<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION REGARDING DISCOVERY DISPUTE**<br><br>Current Hearing Date: April 21, 2026 Current Hearing Time: 9:00 A.M.<br><br>New Hearing Date: April 23, 2026<br>New Hearing Time: 9:00 A.M. – 11:00 A.M. |

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

Plaintiffs Ableview Enterprise Limited and Ableview Brands Limited ("Plaintiffs" or "Ableview"), by and through their counsel, Venable LLP and Messner Reeves LLP, and Defendants Jonathan Petrillo and Cosmetic Skin Solutions LLC ("Defendants"), by and through their counsel, Dorsey & Whitney LLP and Fennemore Craig, P.C., hereby file this Joint Stipulation to Continue Hearing on Defendants' Motion Regarding Discovery Dispute ("Motion").

## RECITALS

WHEREAS, on April 8, 2026, Defendants filed their Motion Regarding Discovery Dispute (ECF No. 101);

WHEREAS, on April 13, 2026, Plaintiffs filed their Response to Defendants' Motion Regarding Discovery Dispute (ECF No. 103);

WHEREAS, on April 15, 2026, the Court set a Hearing on Defendants' Motion Regarding Discovery Dispute for April 21, 2026 at 9:00 a.m. in Reno Courtroom 2 (ECF No. 104);

WHEREAS, counsel for Plaintiffs is not available on April 21, 2026 at 9:00 a.m. due to a pre-existing hearing scheduled in a different case;

WHEREAS, the parties have agreed to continue the hearing to any time between 9 and 11 a.m. on Thursday, April 23, 2026, subject to the Court's availability.

## STIPULATION

Now, therefore, in consideration of the foregoing, it is hereby STIPULATED that the hearing on the Motion shall be continued to Thursday, April 23, 2026 between 9 and 11 a.m., subject to the Court's availability.

\\

\\

\\

\\

\\

\\

\\

-2-

JOINT STIPULATION TO CONTINUE HEARING
Case No. 3:24-cv-00409-ART-CSD

Dated: April 17, 2026

By:   */s/ John S. Worden*
      JOHN S. WORDEN
      (Nevada Bar No. 7563)

      VENABLE LLP
      101 California Street, Suite 3800
      San Francisco, CA 94111

      MESSNER REEVES LLP
      KARIE WILSON
      (Nevada Bar No. 7957)
      8945 W. Russell Road, Suite 300
      Las Vegas, NV 89148

Dated: April 17, 2026

By:   */s/ Faisal Zubairi*
      FAISAL ZUBAIRI
      (Admitted *Pro Hac Vice*)

      DORSEY & WHITNEY LLP
      600 Anton Blvd., Suite 2000
      Costa Mesa, CA 92626

      FENNEMORE CRAIG, P.C.
      (Nevada Bar No. 11728)
      7800 Rancharrah Parkway
      Reno, NV 89511

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: <u>April 20, 2026.</u>

JOINT STIPULATION TO CONTINUE HEARING
Case No. 3:24-cv-00409-ART-CSD