**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ABLEVIEW ENTERPRISE LIMITED and
ABLEVIEW BRANDS LIMITED                )
)
)
            Plaintiff(s),                )
)
        vs.                              )
)
JONATHAN PETRILLO and COSMETIC          )
SKIN SOLUTIONS LLC                      )
)
            Defendant(s).                )
_____ )

Case # 3:24-cv-00409-ART-CSD

**ORDER GRANTING**

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Gabriela Gutierrez-Bravo_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Venable LLP
(firm name)

with offices at _____101 California St., Suite 3800_____,
(street address)

_____San Francisco_____, _____California_____, ___94111___,
(city)                          (state)            (zip code)

___628-218-5728___, ___ggutierrez-bravo@venable.com___.
(area code + telephone number)          (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

Ableview Enterprise Ltd & Ableview Brands Lt to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____ 12/10/2025 _____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____ California _____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court Northern District of California | 03/31/2026 | 366297 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                             )
COUNTY OF ___San Francisco___ )

_____Gabriela Gutierrez-Bravo___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__16th__ day of __April_____, 2026_____.

_____
Notary Public or Clerk of Court

> LAUREL KAPROS ROHRER
> Notary Public - California
> Marin County
> Commission # 2426089
> My Comm. Expires Dec 7, 2026

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Karie Wilson_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____8945 W. Russell Road, Suite 300_____,
(street address)

___Las Vegas___, ___Nevada___, __89148__,
(city)          (state)       (zip code)

___(702) 363-5100___, ___kwilson@messner.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Karie Wilson _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Ableview Enterprise Limited, Plaintiff
(type or print party name, title)

_____
(party's signature)

Ableview Brands Limited, Plaintiff
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7957                            kwilson@messner.com
Bar number                      Email address

**APPROVED.**

_____
Anne R. Traum
United States District Judge

Dated: May 11, 2026

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 4/8/2026

**LICENSEE NAME:** Gabriela Gutierrez-Bravo

**LICENSEE BAR NUMBER:** 366297

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/10/2025

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Gabriela Gutierrez-Bravo's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*